IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-071-RLV-DCK

| | |
|---|---|
| TEMESHA CALDWELL, ALYSSA GOSS, JESSE HUFFMAN, SHAVOUGHNTE HUNT, and LATRENDA PHILLIPS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF HICKORY PUBLIC HOUSING AUTHORITY, UNIFOUR CAPITAL VENTURES, INC., and MONTELE BURTON, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Craig Hensel, concerning Diane E. Citrino on May 3, 2016. Ms. Diane E. Citrino seeks to appear as counsel *pro hac vice* for Plaintiffs Tamesha Caldwell, Alyssa Goss, Jesse Huffman, Shavoughnte Hunt, and Latrenda Phillips. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Ms. Diane E. Citrino is hereby admitted *pro hac vice* to represent Plaintiffs Tamesha Caldwell, Alyssa Goss, Jesse Huffman, Shavoughnte Hunt, and Latrenda Phillips.

**SO ORDERED**.

Signed: May 6, 2016

David C. Keesler
United States Magistrate Judge