# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-071-DCK

| | |
|---|---|
| TEMESHA CALDWELL; SHAVOUGHNTE HUNT; ALYSSA GOSS; LATRENDA PHILLIPS; and JESSE HUFFMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HICKORY PUBLIC HOUSING AUTHORITY; MONTELE BURTON; and UNIFOUR CAPITAL VENTURES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 30) on February 2, 2017, notifying the Court that the parties reached a settlement on February 1, 2017. The Court commends Mr. Carlson, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **March 1, 2017**.

**SO ORDERED**.

Signed: February 2, 2017

David C. Keesler
United States Magistrate Judge